IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICK ROLISON,**<br>　　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**THE EDGEWOOD COMPANY, INC.,**<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  23CV3909** |

# O R D E R

**AND NOW**, this 3rd day of February, 2025, upon consideration of Defendant The Edgewood Company, Inc.'s, Motion for Summary Judgment (ECF Nos. 26, 27, 28), as well as all responses and replies thereto (ECF Nos. 31, 32, 33), it is **HEREBY ORDERED** that the Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　**S/ WENDY BEETLESTONE**
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**